# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 8, 2021

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Richard Martinez*, 21 Cr. 27 (RA)

Dear Judge Abrams:

    I write with the consent of the government to respectfully request an adjournment of Mr. Martinez' conference to a date after May 17, 2021. I will be starting a trial before Judge Schofield on April 19, 2021.

    The defense does not object to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

Tamara L. Giwa
Counsel for Richard Martinez
Federal Defenders of New York
(917) 890-9729

Cc:    AUSA Jacob Fiddelman (via ECF)

Application granted. The conference is adjourned to May 25, 2021 at 9:00 a.m.  Time is excluded until May 25, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
April 9, 2021