

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2021

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The conference is adjourned to July 9, 2021 at 9:00 a.m. Time is excluded until July 9, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161 (h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> May 21, 2021

    Re:    *United States v. Richard Martinez*, 21 Cr. 27 (RA)

Dear Judge Abrams:

    This case is currently scheduled for a status conference on Tuesday, May 25, 2021. The parties are currently engaged in discussions regarding a pretrial disposition of the case and believe that additional time to continue those discussions would be beneficial. Accordingly, the parties jointly request a 45-day adjournment of the upcoming status conference. If an agreement regarding a pretrial disposition is reached in the interim, the parties will contact the Court so that a change-of-plea proceeding can be scheduled.

    The Government requests the exclusion of time in the interests of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), from today's date until the adjourn date selected by the Court. The ends of justice served by the requested continuance outweigh the interests of the defendant and the public in a speedy trial because the continuance will allow the parties to continue discussions regarding a pretrial disposition; will allow the defense additional time to review the discovery in this case to determine whether any pretrial motions may be appropriate; and will reflect the current limitations on the scheduling of jury trials in this District occasioned by the ongoing COVID-19 pandemic. The defense consents to the requested exclusion.

                       Respectfully submitted,

                       AUDREY STRAUSS
                     United States Attorney

         by: _____
              Jacob R. Fiddelman
              Assistant United States Attorney
              (212) 637-1024

cc:    Tamara Giwa, Esq.