

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2021

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.  The conference is adjourned to August 5, 2021 at 11:00 a.m. and will be held by video. Time is excluded until August 5, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Re:     *United States v. Richard Martinez*, **21 Cr. 27 (RA)**

_____

Dear Judge Abrams:

Ronnie Abrams, U.S.D.J.
July 19, 2021

This case is currently scheduled for a status conference on July 22, 2021.  The parties are currently engaged in final discussions regarding a pretrial disposition and expect a resolution to be reached in short order.  Accordingly, the parties jointly request that the Court adjourn the status conference by two weeks and schedule the matter as a change-of-plea proceeding.  Defense counsel has advised the undersigned that the defendant requests a videoconference plea.

The Government requests the exclusion of time in the interests of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), from today's date until the change-of-plea hearing scheduled by the Court.  The ends of justice served by the requested continuance outweigh the interests of the defendant and the public in a speedy trial because the continuance will allow the parties to finalize the anticipated pretrial disposition and will reflect the current limitations on the scheduling of jury trials in this District occasioned by the ongoing COVID-19 pandemic.  The defense consents to the requested exclusion.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:     Tamara Giwa, Esq.