# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 3, 2021

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Richard Martinez*, 21 Cr. 27 (RA)

Dear Judge Abrams:

    I write with the consent of the government to respectfully request an adjournment of approximately two weeks of Mr. Martinez' change-of-plea hearing, currently scheduled for August 5, 2021. Mr. Martinez needs some additional time to complete his review of the plea agreement. Mr. Martinez would like to proceed remotely, by telephone or videoconference. The parties are available on August 16 and August 18, 2021.

    The defense does not object to the exclusion of time under the Speedy Trial Act.

Application granted. The conference is adjourned to August 16, 2021 at 9:00 a.m. and will be held by video. Time is excluded until August 16, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 4, 2021

Respectfully submitted,

_____
Tamara L. Giwa
Counsel for Richard Martinez
Federal Defenders of New York
(917) 890-9729

    Cc:    AUSA Jacob Fiddelman (via ECF)