**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 28, 2021

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Richard Martinez*, 21 Cr. 27 (RA)

Dear Judge Abrams:

    I write with the consent of the government to respectfully request an adjournment of approximately 30 days of Mr. Martinez' sentencing hearing, currently scheduled for December 3, 2021. I will be starting a trial before Judge Preska on November 8, 2021, that is expected to last four weeks. An adjournment would allow me to effectively prepare and be present for Mr. Martinez' sentencing.

Application granted. The sentence is adjourned to January 6, 2022 at 11:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
October 28, 2021

Respectfully submitted,

_____
Tamara L. Giwa
Counsel for Richard Martinez
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Jacob Fiddelman (via ECF)